UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| **IN RE FORCE PROTECTION, INC. SECURITIES LITIGATION** | Consolidated Civil Action No. 2:08-cv-845-CWH |

## LEAD PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

Pursuant to Fed. R. Civ. P. 23 ("Rule 23") and for the reasons set forth in the accompanying Memorandum of Law, Lead Plaintiffs Laborers' Annuity and Benefit Fund of Chicago, Gary Trautman, David J. Jager, Bhadra Shah, Panteli Poulikakos, George Poulikakos, and Niki Poulikakos ("Lead Plaintiffs"), respectfully move this Court for an order:

1. Certifying this action as a class action on behalf of all persons or entities who purchased Force Protection, Inc. ("Force Protection" or the "Company") common stock on the open market during the period from January 18, 2007 through March 14, 2008, inclusive (the "Class Period"), seeking to pursue remedies under Sections 10(b), 20(a), and 20A of the Securities Exchange Act of 1934 (the "Class"). Excluded from the Class are Force Protection, Frank Kavanaugh, Gordon R. McGilton, Michael S. Durski, and Raymond W. Pollard (collectively, "Defendants"); any entity in which Defendants or any excluded person has or had a controlling interest; the officers and directors of Force Protection; and the legal affiliates, representatives, heirs, controlling persons, successors, and predecessors in interest or assigns of any such excluded party;

2. Certifying the following sub-class, in order to pursue the Section 20A claims: all persons or entities who purchased Force Protection common stock on the open market

2

contemporaneously with the sale of such securities by defendants Kavanaugh and/or McGilton, *i.e.*, sales on the following dates in 2007: January 24, January 25, January 26, April 24, April 25, April 26, May 14, May 15, May 21, May 22, May 23, May 30, and May 31 (the "Sub-Class"). Excluded from the Sub-Class are Defendants; any entity in which Defendants or any excluded person has or had a controlling interest; the officers and directors of Force Protection; and the legal affiliates, representatives, heirs, controlling persons, successors, and predecessors in interest or assigns of any such excluded party;

  3.  Appointing Lead Plaintiffs as class representatives; and

  4.  Appointing Lead Counsel Berman DeValerio and Pomerantz Haudek Grossman & Gross LLP as counsel for the Class.

                                        Respectfully submitted,

Dated: November 16, 2009         **DUFFY & YOUNG, LLC**

                                        By: /s/ Brian C. Duffy
Brian C. Duffy (Fed. Bar # 9491)
J. Rutledge Young III (Fed. Bar # 7260)
96 Broad Street
Charleston, South Carolina 29401
Telephone: (843) 720-2044
Facsimile: (843) 720-2047
bduffy@duffyandyoung.com
ryoung@duffyandyoung.com

*Liaison Counsel*

**BERMAN DeVALERIO**
Norman Berman, Esq.
Jeffrey C. Block, Esq.
Kristin J. Moody, Esq.
Autumn W. Smith, Esq.
One Liberty Square
Boston, Massachusetts 02109
Telephone: (617) 542-8300
Facsimile: (617) 542-1194
nberman@bermandevalerio.com
jblock@bermandevalerio.com
kmoody@bermandevalerio.com
asmith@bermandevalerio.com

**POMERANTZ HAUDEK GROSSMAN & GROSS LLP**
Marc I. Gross, Esq.
Jason S. Cowart, Esq.
R. James Hodgson, Esq.
100 Park Avenue
New York, New York 10017
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
migross@pomlaw.com
jscowart@pomlaw.com
rjhodgson@pomlaw.com

*Co-Lead Counsel for the Class*