UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| **IN RE FORCE PROTECTION, INC. SECURITIES LITIGATION** | Consolidated Civil Action No. 2:08-cv-845-CWH |

**DECLARATION OF BRIAN C. DUFFY, ESQ. IN SUPPORT OF
LEAD PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

Brian C. Duffy, Esq. hereby declares, pursuant to 28 U.S.C. § 1746, that:

1. Attached hereto as Exhibit 1 is a true and correct copy of page 4 of Form 10-K filed by Force Protection, Inc. ("Force Protection" or the "Company") with the United States Securities and Exchange Commission (the "SEC") on or about March 16, 2007 for the Company's fiscal year ended December 31, 2006.

2. Attached hereto as Exhibit 2 is a true and correct copy of the Procurement Policy for Armored Vehicles, United States Department of Defense Report No. D-2007-107, issued by the Inspector General of the Department of Defense on or about June 27, 2007.

3. Attached hereto as Exhibit 3 is a true and correct copy of page 23 of Form 10-K filed by Force Protection with the SEC on or about March 16, 2007 for the Company's fiscal year ended December 31, 2006.

4. Attached hereto as Exhibit 4 is a true and correct copy of page 26 of Form 10-Q filed by Force Protection with the SEC on or about November 14, 2006 for the Company's quarterly period ended September 30, 2006.

5. Attached hereto as Exhibit 5 is a true and correct copy of Form 8-K filed by Force Protection with the SEC on or about December 1, 2006.

6. Attached hereto as Exhibit 6 is a true and correct copy of an analyst report on Force Protection published by Dougherty & Company LLC on or about December 21, 2006.

7. Attached hereto as Exhibit 7 is a true and correct copy of an analyst report on Force Protection published by SunTrust Robinson Humphrey on or about January 11, 2007.

8. Attached hereto as Exhibit 8 is a true and correct copy of page 8 of Form 10-K filed by Force Protection with the SEC on or about March 16, 2007 for the Company's fiscal year ended December 31, 2006.

9. Attached hereto as Exhibit 9 is a true and correct copy of page 20 of Form 10-Q filed by Force Protection with the SEC on or about May 15, 2007 for the Company's quarterly period ended March 31, 2007.

10. Attached hereto as Exhibit 10 is a true and correct copy of page 21 of Form 10-Q filed by Force Protection with the SEC on or about August 9, 2007 for the Company's quarterly period ended June 30, 2007.

11. Attached hereto as Exhibit 11 is a true and correct copy of an analyst report on Force Protection published by Dougherty & Company LLC on or about May 16, 2007.

12. Attached hereto as Exhibit 12 is a true and correct copy of pages 43 – 44 of Form 10-Q filed by Force Protection with the SEC on or about November 13, 2007 for the Company's quarterly period ended September 30, 2007.

13. Attached hereto as Exhibit 13 is a true and correct copy of pages 16 and 22 of Form 10-Q filed by Force Protection with the SEC on or about May 15, 2007 for the Company's quarterly period ended March 31, 2007.

14. Attached hereto as Exhibit 14 is a true and correct copy of pages 17 and 23 of Form 10-Q filed by Force Protection with the SEC on or about August 9, 2007 for the Company's quarterly period ended June 30, 2007.

15. Attached hereto as Exhibit 15 is a true and correct copy of pages 1 and 28 – 29 of Form 10-Q filed by Force Protection with the SEC on or about November 13, 2007 for the Company's quarterly period ended September 30, 2007.

16. Attached hereto as Exhibit 16 is a true and correct copy of pages 71 and 133 – 135 of Form 10-K filed by Force Protection with the SEC on or about September 15, 2008 for the Company's fiscal year ended December 31, 2007.

17. Attached hereto as Exhibit 17 is a true and correct copy of a press release issued by Navistar International Corporation on or about May 31, 2007.

18. Attached hereto as Exhibit 18 is a true and correct copy of Form 8-K filed by Force Protection with the SEC on or about May 30, 2007.

19. Attached hereto as Exhibit 19 is a true and correct copy of Force Protection common stock trading information for the period May 30, 2007 – May 31, 2007 as reported by Yahoo! Finance.

20. Attached hereto as Exhibit 20 is a true and correct copy of Force Protection common stock trading information for the period June 1, 2007 – June 4, 2007 as reported by Yahoo! Finance.

21. Attached hereto as Exhibit 21 is a true and correct copy of a news article entitled "Force Protection, Armor Holdings Late With Armor, Pentagon Says" published by Bloomberg on or about July 11, 2007.

22. Attached hereto as Exhibit 22 is a true and correct copy of a news article entitled "Armor Holdings Wins $518.5 Million Truck Contract" published by Bloomberg on or about July 13, 2007.

23. Attached hereto as Exhibit 23 is a true and correct copy of Force Protection common stock trading information for the period July 13, 2007 – July 16, 2007 as reported by Yahoo! Finance.

24. Attached hereto as Exhibit 24 is a true and correct copy of a news article entitled "Force Protection Fans Flee" published by TheStreet.com on or about July 23, 2007.

25. Attached hereto as Exhibit 25 is a true and correct copy of Force Protection common stock trading information for the period July 20, 2007 – July 23, 2007 as reported by Yahoo! Finance.

26. Attached hereto as Exhibit 26 is a true and correct copy of Force Protection common stock trading information for the period August 7, 2007 – August 8, 2007 as reported by Yahoo! Finance.

27. Attached hereto as Exhibit 27 is a true and correct copy of a press release issued by General Dynamics Land Systems – Canada on or about August 8, 2007.

28. Attached hereto as Exhibit 28 is a true and correct copy of Force Protection common stock trading information for the period November 13, 2007 – November 14, 2007 as reported by Yahoo! Finance.

29. Attached hereto as Exhibit 29 is a true and correct copy of a press release issued by Force Protection and filed on Form 8-K with the SEC on or about February 29, 2008.

30. Attached hereto as Exhibit 30 is a true and correct copy of a press release issued by Force Protection and filed on Form 8-K with the SEC on or about February 29, 2008.

31. Attached hereto as Exhibit 31 is a true and correct copy of Force Protection common stock trading information for the period February 29, 2008 – March 3, 2008 as reported by Yahoo! Finance.

32. Attached hereto as Exhibit 32 is a true and correct copy of Form 8-K filed by Force Protection with the SEC on or about March 17, 2008.

33. Attached hereto as Exhibit 33 is a true and correct copy of Force Protection common stock trading information for the period March 12, 2008 – March 17, 2008 as reported by Yahoo! Finance.

34. Attached hereto as Exhibit 34 is a true and correct copy of Form 4 filed by Gordon Ronald McGilton with the SEC on or about January 26, 2007.

35. Attached hereto as Exhibit 35 is a true and correct copy of Form 4 filed by Frank Kavanaugh with the SEC on or about April 26, 2007.

36. Attached hereto as Exhibit 36 is a true and correct copy of Form 4 filed by Frank Kavanaugh with the SEC on or about May 16, 2007.

37. Attached hereto as Exhibit 37 is a true and correct copy of Form 4 filed by Frank Kavanaugh with the SEC on or about May 23, 2007.

38. Attached hereto as Exhibit 38 is a true and correct copy of Form 4 filed by Frank Kavanaugh with the SEC on or about June 1, 2007.

39. Attached hereto as Exhibit 39 is a true and correct copy of Form 8-K filed by Force Protection with the SEC on or about January 9, 2007.

40. Attached hereto as Exhibit 40 is a true and correct copy of the cover page of Form 10-K filed by Force Protection with the SEC on or about March 16, 2007 for the Company's fiscal year ended December 31, 2006.

41. Attached hereto as Exhibit 41 is a true and correct copy of the firm resume of Berman DeValerio.

42. Attached hereto as Exhibit 42 is a true and correct copy of the firm resume of Pomerantz Haudek Grossman & Gross LLP.

43. Attached hereto as Exhibit 43 is a true and correct copy of Force Protection common stock trading information for the period January 18, 2007 – March 14, 2008 as reported by Bloomberg.

44. Attached hereto as Exhibit 44 is a true and correct copy of Form 12b-25, Notification of Late Filing, filed by Force Protection with the SEC on or about February 29, 2008.

45. Attached hereto as Exhibit 45 is a true and correct copy of a press release issued by Navistar International Corporation on or about July 23, 2007.

46. Attached hereto as Exhibit 46 is a true and correct copy of Force Protection common stock trading information for July 23, 2007 as reported by Bloomberg.

47. Attached hereto as Exhibit 47 is a true and correct copy of S&P 400 MidCap Index information for July 23, 2007 as reported by Bloomberg.

48. Attached hereto as Exhibit 48 is a true and correct copy of Force Protection common stock trading information for August 8, 2007 as reported by Bloomberg.

49. Attached hereto as Exhibit 49 is a true and correct copy of S&P 400 MidCap Index information for August 8, 2007 as reported by Bloomberg.

50. Attached hereto as Exhibit 50 is a true and correct copy of Force Protection common stock trading information for November 14, 2007 as reported by Bloomberg.

51. Attached hereto as Exhibit 51 is a true and correct copy of S&P 400 MidCap Index information for November 14, 2007 as reported by Bloomberg.

52. Attached hereto as Exhibit 52 is a true and correct copy of Force Protection common stock trading information for March 3, 2008 as reported by Bloomberg.

53. Attached hereto as Exhibit 53 is a true and correct copy of S&P 400 MidCap Index information for March 3, 2008 as reported by Bloomberg.

54. Attached hereto as Exhibit 54 is a true and correct copy of Force Protection common stock trading information for May 22, 2007 as reported by Yahoo! Finance.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 16, 2009

Brian C. Duffy