**Exhibit List for Declaration of Brian C. Duffy, Esq. in Support of**
**Lead Plaintiffs' Motion for Class Certification**

Page 4 of Form 10-K filed on or about March 16, 2007................................................................1

Procurement Policy for Armored Vehicles of June 27, 2007 ......................................................2

Page 23 of Form 10-K filed on or about March 16, 2007............................................................3

Page 26 of Form 10-Q filed on or about November 14, 2006 ......................................................4

Form 8-K filed on or about December 1, 2006..............................................................................5

Analyst Report published by Dougherty & Company on or about December 21, 2006 ..............6

Analyst Report published by SunTrust Robinson Humphrey on or about January 11, 2007.......7

Page 8 of Form 10-K filed on or about March 16, 2007..............................................................8

Page 20 of Form 10-Q filed on or about May 15, 2007................................................................9

Page 21 of Form 10-Q filed on or about August 9, 2007 ..........................................................10

Analyst Report Published by Dougherty & Company on or about May 16, 2007 .....................11

Pages 43-44 of Form 10-Q filed on or about November 13, 2007 ............................................12

Pages 16-22 of Form 10-Q filed on or about May 15, 2007......................................................13

Pages 17-23 of Form 10-Q filed on or about August 9, 2007....................................................14

Pages 1 and 28-29 of Form 10-Q filed on or about November 13, 2007 ..................................15

Pages 71 and 133-135 of Form 10-K filed on or about September 15, 2008 ............................16

Press Release Issued by Navistar International Company ..........................................................17

Form 8-K filed on or about May 30, 2008.................................................................................18

Force Protection's common stock trading information from May 30, 2007 –
  May 31, 2007 as reported by Yahoo! Finance..............................................................19

Force Protection's common stock trading information from June 1, 2007 –
  June 4, 2007 as reported by Yahoo! Finance................................................................20

News article titled "Force Protection, Armor Holdings Late with Armor, Pentagon
  Says" ...........................................................................................................................21

News article titled "Armor Holdings Wins $518.5 Million Truck Contract".............................22

Force Protection common stock trading information from July 13, 2007 –
  July 16, 2007 as reported by Yahoo! Finance..............................................................23

News Article titled "Force Protection Fans Flee"......................................................................24

Force Protection common stock trading information for the period July 20, 2007 –

    July 23, 2007 as reported by Yahoo! Finance..................................................................25

Force Protection common stock trading information for the period August 7, 2007 –

    August 8, 2007 as reported by Yahoo! Finance...............................................................26

Press release issued by General Dynamics Land Systems .........................................................27

Force Protection common stock trading information for the period November 13, 2007 –

    November 14, 2007 as reported by Yahoo! Finance ........................................................28

Press release issued by Force Protection and filed on Form 8-K on or about

    February 29, 2008 ............................................................................................................29

Press release issued by Force Protection and filed on Form 8-K on or about

    February 29, 2008 ............................................................................................................30

Force Protection common stock trading information for the period February 29, 2008 –

    March 3, 2008 as reported by Yahoo! Finance................................................................31

Form 8-K filed by Force Protection with the SEC on or about March 17, 2008........................32

Force Protection common stock trading information for the period March 12, 2008 –

    March 17, 2008 as reported by Yahoo! Finance.............................................................33

Form 4 filed by Gordon Ronald McGilton on or about January 26, 2007..................................34

Form 4 filed by Frank Kavanaugh on or about April 26, 2007 ..................................................35

Form 4 filed by Frank Kavanaugh on or about May 16, 2007 ...................................................36

Form 4 filed by Frank Kavanaugh on or about May 23, 2007 ...................................................37

Form 4 filed by Frank Kavanaugh on or about June 1, 2007 .....................................................38

Form 8-K filed by Force Protection on or about January 9, 2007 .............................................39

Form 10-K filed by Force Protection on or about March 16, 2007 for the company's fiscal year

    ended December 31, 2006................................................................................................40

The firm resume of Berman DeValerio ......................................................................................41

The firm resume of Pomerantz Haudek Grossman & Gross LLP ..............................................42

Force Protection common stock trading information for the period January 18, 2007 –

    March 14, 2008 as reported by Bloomberg ....................................................................43

Form 12b-25, Notification of Late Filing, filed on or about February 29, 2008 .......................44

Press release issued by Navistar International Corporation on or about July 23, 2007..............45

Force Protection common stock trading information for July 23, 2007 as reported by Bloomberg..........................................................................................................46

S&P 400 MidCap Index information for July 23, 2007 as reported by Bloomberg...................47

Force Protection common stock trading information for August 8, 2007 as reported by Bloomberg..........................................................................................................48

S&P 400 MidCap Index information for August 8, 2007 as reported by Bloomberg...............49

Force Protection's common stock trading information for November 14, 2007 as reported by Bloomberg ......................................................................................50

S&P 400 MidCap Index information for November 14, 2007 as reported by Bloomberg.........51

Force Protection common stock trading information for March 3, 2008 as reported by Bloomberg..........................................................................................................52

S&P 400 MidCap Index information for March 3, 2008 as reported by Bloomberg ................53

Force Protection common stock trading information for May 22, 2007 as reported by Yahoo! Finance .......................................................................................................54