**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | |
|---|---|
| **IN RE FORCE PROTECTION, INC. SECURITIES LITIGATION** | Consolidated Civil Action No. 2:08-cv-845-CWH |

## LEAD PLAINTIFFS' AMENDMENT TO MOTION FOR CLASS CERTIFICATION

Lead Plaintiffs hereby amend their Motion for Class Certification (filed on November 16, 2009, Dkt. 141) to withdraw the request that Bhadra Shah and George Poulikakos be appointed to serve as Class Representatives in this Class Action against Force Protection, Inc. ("Force Protection") and certain of its officers and directors. Lead Plaintiffs make this amendment because the Laborers' Annuity and Benefit Fund of Chicago, Gary Trautman, David J. Jager, Panteli Poulikakos, and Niki Poulikakos will more than adequately represent the Class without their inclusion.

Bhadra Shah and George Poulikakos will continue to monitor the litigation, in concert with the proposed Class Representatives, as they have done throughout this litigation. However, due to the fact that English is not Ms. Shah's native language, and the fact that Mr. Poulikakos invested in Force Protection common stock with his wife Niki (who made the decisions to invest on their behalf), the interests of the Class are better served by limiting the Class Representatives to those Lead Plaintiffs that can most effectively represent the Class: the Laborers' Annuity and Benefit Fund of Chicago, Gary Trautman, David J. Jager, Panteli Poulikakos, and Niki Poulikakos.

The amended proposed Class Representatives are sufficiently motivated to oversee the litigation going forward, absent Ms. Shah and Mr. Poulikakos, as they have collectively suffered losses in excess of $1.4 million due to Force Protection's alleged misconduct and have overseen the litigation up to this point.  Indeed, the exclusion of Ms. Shah and Mr. Poulikakos will not diminish or lessen in any way the ability of the remaining proposed Class Representatives to represent the Class and oversee Class Counsel.

Dated: February 5, 2010

    Respectfully submitted,

**DUFFY & YOUNG, LLC**
By: /s/ Brian C. Duffy
Brian C. Duffy (Fed. Bar # 9491)
J. Rutledge Young III (Fed. Bar # 7260)
96 Broad Street
Charleston, South Carolina 29401
Telephone: (843) 720-2044
Facsimile: (843) 720-2047
bduffy@duffyandyoung.com
ryoung@duffyandyoung.com
*Liaison Counsel*

**BERMAN DeVALERIO**
Norman Berman, Esq.
Jeffrey C. Block, Esq.
Kristin J. Moody, Esq.
Autumn W. Smith, Esq.
One Liberty Square
Boston, Massachusetts 02109
Telephone: (617) 542-8300
Facsimile: (617) 542-1194
nberman@bermandevalerio.com
jblock@bermandevalerio.com
kmoody@bermandevalerio.com
asmith@bermandevalerio.com

**POMERANTZ HAUDEK GROSSMAN & GROSS LLP**
Marc I. Gross, Esq.
Jason S. Cowart, Esq.
R. James Hodgson, Esq.
100 Park Avenue
New York, New York 10017
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
migross@pomlaw.com
jscowart@pomlaw.com
rjhodgson@pomlaw.com

*Co-Lead Counsel for the Class*