# EXHIBIT N

### Certification of Plaintiff
### Pursuant to Federal Securities Laws

1.    I, David J. Jager, make this declaration pursuant to Section 101 of the Private Securities Litigation Reform Act of 1995 as required by Section 21D (a) (2) of Title I of the Securities Exchange Act of 1934.

2.    I have reviewed a Complaint against Force Protection, Inc. ("Force Protection"), and authorize a filing of a comparable complaint on my behalf.

3.    I did not purchase my Force Protection securities at the direction of plaintiffs' counsel or in order to participate in any private action arising under Title I of the Securities Exchange Act of 1934.

4.    I am willing to serve as a representative party on behalf of a class as set forth in the Complaint, including providing testimony at deposition and trial, if necessary. I understand that the Court has the authority to select the most adequate lead plaintiff in this action and that the Pomerantz Firm will exercise its discretion in determining whether to move on my behalf for appointment as lead plaintiff.

5.    To the best of my current knowledge, the attached sheet lists all of my purchases and sales in Force Protection securities during the Class Period as specified in the Complaint.

6.    During the three-year period preceding the date on which this certification is signed, I have not sought to serve as a representative party on behalf of a class under the federal securities laws, except as follows:


7.    I agree not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond my pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the Court.

8.    The matters stated in this declaration are true to the best of my current knowledge, information and belief.

I declare under penalty or perjury that the foregoing is true and correct.

Executed _____30-APR-08_____ , at _____MOKENA, IL_____
               **(Date)**                                    **(City, State)**

_____
**(Signature)**

_____DAVID J. JAGER_____
**(Type or Print Name)**

Jager
FOR I.D. 2 12 10                EXHIBIT 1

**FORCE PROTECTION, INC.  (Exhibit A)**

Class Period:  08/14/06 - 03/17/08

Shareholder:  David J. Jager

| Trade Date | Shares Bought | Shares Sold | Price/Share |
|------------|---------------|-------------|-------------|
| 12/06/06   | 16,850        |             | $17.2100    |
| 12/06/06   | 150           |             | $17.2050    |
| 04/09/07   |               | (800)       | $20.0000    |
| 05/10/07   |               | (16,200)    | $26.2000    |
| 07/26/07   | 25,000        |             | $15.0000    |